## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **EKATERINA ULIANNIKOVA**, on her own behalf and as Next Friend of ESTHER MATZ, <br><br> Petitioners, <br><br> v. <br><br> **WARDEN, EL VALLE DETENTION FACILITY,** in his/her official capacity as Warden of El Valle Detention Facility; <br><br> **TODD LYONS**, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; <br><br> **KRISTI NOEM**, in her official capacity as Secretary of the Department of Homeland Security, <br><br> Respondents. | Civil Action No. 1:26-cv-00268 |

## [PROPOSED] ORDER

Pending before the Court is Petitioners' Motion for Expedited Consideration of their Petition for a Writ of Habeas Corpus.

The Motion is **GRANTED.**

IT IS THEREFORE ORDERED that Respondents shall file their Response to the Petition for a Writ of Habeas Corpus within fourteen (14) days of the date of this Order.

SO ORDERED.

Signed on _____, 2026.


_____
JOSE ROLANDO OLVERA, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on __April   7__, 2026, I caused a true and correct copy of the foregoing Motion for Expedited Consideration and all attachments to be served upon the following by placing them in the facility's outgoing legal mail:

**Warden**

**El Valle Detention Facility**

1800 Industrial Drive

Raymondville, TX 78580

**Office of Immigration Litigation**

**U.S. Department of Justice**

P.O. Box 868, Ben Franklin Station

Washington, DC 20044

**United States Attorney's Office**

**Southern District of Texas**

600 East Harrison Street, Suite 201

Brownsville, TX 78520

Dated: __April 6__, 2026

EKATERINA ULIANNIKOVA

El Valle Detention Facility
1800 Industrial Drive
Raymondville, TX 78580

A# 249-052-516